```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donna Hedges, for herself and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

55 Bond Street, LLC,

                Defendant.

1:20-cv-02019 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Following a Telephone Conference on May 6, 2020, during which only Plaintiff appeared, it is hereby Ordered that, unless Defendant appears in this action, Plaintiff shall file a Proposed Clerk's Certificate of Default no later than Monday, June 22, 2020.

**SO ORDERED.**

DATED:      New York, New York
                May 6, 2020

_____
STEWART D. AARON
United States Magistrate Judge